# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

JAMES L. STEPHENS,       :
                             :
       Plaintiff,         :
                             :
       v.              :       Civil Action No. 5:06-cv-264 (HL)
                             :
OFFICERS DICKERSON and    :
WHITE,                 :
                             :
       Defendants.     :
_____

## ORDER

The Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered January 15, 2008 (Doc. 21), in the above-captioned case is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The record reveals that the Recommendation was mailed to Plaintiff at his last known prison address, but was returned as undeliverable. A stamp placed on the outside of the return envelope shows that Plaintiff was discharged from the prison facility. By Order entered August 11, 2006, Plaintiff was directed to keep the Court advised of his current address; it appears that Plaintiff has failed to fulfill his obligations under that directive.

In the absence of a timely filed objection, a district court need only satisfy itself that there is no clear error on the face of the record in order to accept a Recommendation put forth by the Magistrate Judge. After having reviewed the record, the Court is satisfied that no clear error has occurred. Therefore, the Recommendation is accepted; the Motion for Summary

Judgment of Defendants Dickerson and White is granted.  Let judgment be entered accordingly.

**SO ORDERED**, this the 13th day of February, 2008.


_s/   Hugh Lawson_____
**HUGH LAWSON, JUDGE**

mls